**Plaintiff   Robert O'Connell**

**Defendant   Marty Walsh Mayor of the City of Boston**



## COMPLAINT

## Parties

1. The plaintiff, Robert O'Connell is a resident of Boston, Suffolk County and a citizen of the United States.
2. The defendant Mayor Marty Walsh is a resident of Boston and a citizen of the United States.
3. This court has jurisdiction over this matter because it is a constitutional question of government obstructing a citizen's 2nd amendment rights, pursuant to 28 U.S.C. &1332

### Facts

1. To apply for a gun permit In the City of Boston an "Applicant must make an appointment and report in person to:
   Boston Police Headquarter
   Licensing Unit, 1st floor
   1 Schroeder Plaza, Boston" (see attachment #1)
2. "nonrefundable fee of $100" (see attachment #1)
3. "Applicant must be interviewed by a Police Officer from the Licensing Unit." (see attachment #1)
3. "Applicants will be required to qualify at the Boston Police Department Firearms Range at Moon Island within 2 weeks of the date of the application." (see attachment #1)

4. **"Proper Storage of Weapons**
   **It is unlawful to store or keep any firearm, rifle, or shotgun in any place unless such weapon is secured in a locked container or equipped with a tamper resistant mechanical lock or other safety device, properly engaged to render such weapon inoperable by any person other than the owner or other user, unless the weapon is under the control of the owner or other lawfully authorized user." (see attachment #1)**

5. **"Suitable applicants may be issued a license, subject to restrictions of the licensing authority." The restrictions to obtaining a license to carry (LTC) are that you must need the gun for employment or Target/Hunting (see attachment #1)**

## Claims

1. If government has the right to regulate citizens' constitutional rights then those regulation(s) should be implemented in an efficient manner without financial or time consuming burdens.

2. The City is placing obstacles, which are burdensome, in a citizen path to exercising their 2nd Amendment right to own a firearm. I want one for protection and believe the Constitution grants me this right and it should not be impeded.

3. The obstacles are:
    a. make "...an appointment and report in person..." (see attachment 1)
    b. Pay a "...nonrefundable fee of $100..."? (see attachment 1)
    c. Be "...Interviewed by a Police Officer from the Licensing Unit." (see attachment 1)
    d. "...required to qualify at the Boston Police Department Firearms Range..." (see attachment 1)

The city's procedure/requirements are very time consuming thus expensive and hence unacceptable.

An applicant has to take time off from work plus pay the $100 fee. Time is money. Should the city increase peoples' expenses when a citizen is exercising their Constitutional right?
Or prevent them for exercising it because of their financial status?

Why are applicants required to be interviewed by a police officer? Like all of us, the officer will bring biases to the interview. Is this officer a trained psychologist or psychiatrist?

The State requires applicants to complete a firearm's safety course. Included in the course is practice firing a weapon at a firing range. So why are we "...required to qualify at the Boston Police Department Firearms Range..."? This is a needless time consuming duplication and only 2 or 3 other Mass communities have this requirement. (see attachment 1 & 3 ) Shouldn't the State pay the firearm safety course fee for low Income citizens?

How I store my weapon(s) in my home or car should under the 4th and 9th amendment not be regulated by the government. Especially since no one in my home is under the age of 30.

## Remedy

1. Applicants fill out the State gun application form. (see attachment 2)
2. Submit the form and be finger printed at their local District Police Station.(DPS) The DPS should be opened hours that are convenient for the public.
3. The city can conduct the required background investigation and if the applicant passes then the permit should be issued and mailed to the applicant. There should be no other requirements such as a firing arm test or interview.
4. Low income people should not have to pay any fee(s).
5. Since there is a required background check I don't see any need to provide 2 references on the application. Are applicants going to provide references that will give a negative evaluation? (see attachment 2)
6. The requirement to store a weapon in a particular way should be eliminated.

*Robert O'Connell 1/15/15*

# LICENSE TO CARRY GUIDELINES

**Applicants must make an appointment and report in person to:**    *attachment #1*

Boston Police Headquarters
Licensing Unit, 1st floor
1 Schroeder Plaza, Boston
Tel. 617.343.4425

**Customer Service Hours:**
Monday, Wednesday, Thursday, Friday 8:30am-4:00pm
Tuesday 8:30am-6:00pm

**Walk-in appointments accepted on emergency basis only. Applicants must complete and sign an application. A background investigation will be conducted by the Licensing Unit.**

**When applying for a License to Carry, applicants must submit application forms and a nonrefundable fee of $100.00 (cash or money order). New applicants must provide a <u>Firearm Safety Certificate</u>.**

Applicants must have Birth Certificate AND a Mass. Drivers License / Mass ID card with a Boston address

Permanent Resident Aliens must present their Permanent Resident Alien Card

A copy of your Naturalization Papers if you are a Naturalized Citizen

Applicants will be fingerprinted and photographed.

Applicants must reside or have a place of business in the City of Boston.

Applicants will be interviewed by a Police Officer from the Licensing Unit.

Applicants will be required to qualify at the Boston Police Department Firearms Range at Moon Island within 2 weeks of the date of the application.

**Suitable applicants may be issued a license unless the applicant:**

1. Has been convicted / adjudicated in any state or federal jurisdiction for the commission of a:

    Felony

    Misdemeanor punishable by imprisonment for <u>more</u> than two years

    Violent crime as defined in section 121 of MGL Chapter 140

    Violation of any law regulating the use, possession, ownership, transfer, purchase, sale, lease, rental, receipt or transportation of weapons or ammunition

    Violation of any law regulating the use possession or sale of controlled substances as defined in section 1 or MGL Chapter 94c

2. Has been confined to any hospital or institution for mental illness (unless the applicant has an affidavit from a registered physician).

3. Is or has been under treatment for or confinement for drug addiction or habitual drunkenness - five year restoration of right if deemed cured by a physician.

4. Is at the time of application less than 21 years of age

5. Currently subject to a MGL 209A order or open criminal cases

6. Is currently the subject of any outstanding arrest warrant

**Suitable applicants may be issued a license, subject to restrictions of the licensing authority. A LTC will be either a Class A or B, valid for not more than six years and will expire on the licensee's birthday.**



# ENTITLEMENTS

### Class A
Purchase, rent, lease, borrow, possess and carry:

> Firearms, including large capacity firearms and feeding devices and ammunition
>
> Rifles and shotguns, including large capacity weapons, and feeding devices and ammunition

### RESTRICTIONS

> **Condition of Employment:** The applicant must submit a written request from the employer requesting the issuance of a license. This license is valid while traveling to and from work and for work related activities only. The license must be surrendered to the Licensing Unit when employment is terminated.
>
> **Target / Hunting:** This license is restricted to hunting & target shooting and traveling to and from a gun club. No concealed carry is allowed under this restriction.

*Any violation of these restrictions may result in suspension or revocation.*

### Class B
Purchase, rent, lease, borrow, possess and carry:

> Non-large capacity firearms and feeding devices and ammunition. Class B License shall **not** entitle the holder to carry or possess a loaded firearm in a concealed manner in any public way or place
>
> Rifles and shotguns including large capacity rifles and shotguns, feeding devices and ammunition

#### LTC Change of address notifications
Any licensee shall notify, in writing, the issuing authority, the chief of police into whose jurisdiction the licensee moves and the Firearms Record Bureau of any change of address. Notification shall be made within thirty days by certified mail. Failure to notify shall be cause for suspension or revocation.

#### Proper Storage of Weapons
It is unlawful to store or keep any firearm, rifle, or shotgun in any place unless such weapon is secured in a locked container or equipped with a tamper resistant mechanical lock or other safety device, properly engaged to render such weapon inoperable by any person other than the owner or other user, unless the weapon is under the control of the owner or other lawfully authorized user.

#### Applicant Notification and Record Challenge:

Officials at the governmental institutions and other entities authorized to submit fingerprints and receive FBI identification records under this authority must notify the individuals fingerprinted that the fingerprints will be used to check the criminal history records of the FBI. The officials making the determination of suitability for licensing or employment shall provide the applicants the opportunity to complete, or challenge the accuracy of, the information contained in the FBI identification record. These officials also must advise the applicants that procedures for obtaining a change, correction, or updating of an FBI identification record are set forth in Title 28, C.F.R., 16.34. Officials making such determinations should not deny the license or employment based on information in the record until the applicant has been afforded a reasonable time to correct or complete the record, or has declined to do so.

8/ 2013




THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
Department of Criminal Justice Information Services
200 Arlington Street, Suite 2200, Chelsea, MA 02150
TEL: 617-660-4600 | TTY: 617-660-4606 | FAX: 617-660-4613
mass.gov/cjis

# Application
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN (MGL C.140, s.129B AND s.131)

**Please Check One**        FTN: _____

                            LIC #: _____

_ New Applicant

_ Renewal - Most Recent License to Carry/FID Number: _____

Issued from Which City/Town? _____  MA  Expiration Date: _____

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

## Please Check the Type of License for Which You are Applying
(Please Check Only One)

_ Firearms Identification Card - Restricted (mace and pepper spray)
_ Firearms Identification Card
_ Class B License to Carry - Non-Large Capacity
_ Class A License to Carry - Large Capacity
_ License to Possess a Machine Gun
_ Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.

## Except for Signature, Print or Type all Requested Information

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|

| Residential Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|

| Gun Club Address (If Applicable) | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|

Date of Birth    Place of Birth

| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |
|---|---|---|---|

| Height | Weight | Build | Complexion | Hair Color | Eye Color |
|---|---|---|---|---|---|

Occupation                              Social Security Number (Optional)  Drivers License Number

Employed By                    Business Address

City/Town    State    Zip              Telephone Number

Form FA-25/26                                                        Page - 1 of 3

**Please Answer the Following Questions Completely and Accurately**

1. Are you a citizen of the United States? ____

    If naturalized give date, place
    and naturalization number

    | Date | Place | Naturalization No. |
    |---|---|---|

2. Have you ever used or been known by another name? ____

    If yes, provide name and explain: _____

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card. ____

4. Have you ever been convicted of a felony? ____

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1? ____

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year? ____

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140.s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL 94C? ____

8. Have you ever been confined to any hospital or institution for mental illness? ____

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness? ____

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)? ____

11. Are you now under any charge(s) for any offense(s) against the law? ____

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge? ____

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied? ____

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? ____

### If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location

_____

_____

_____

_____

_____

Other than Massachusetts, in what state, territory or jurisdiction have you resided? _____

_____

Have you ever held a License to Carry in any other state, territory or jurisdiction? _____

If "YES", when, where and license number? _____

_____

### List the Name and Addresses of Two References

1. _____
   Last Name                                First Name

   _____
   Address                     City/Town                    State    Zip

2. _____
   Last Name                                First Name

   _____
   Address                     City/Town                    State    Zip

Reason(s) for requesting the issuance of a card or license: _____

_____

_____

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (MGL c.140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms.

Signed under the penalties of perjury this _____ day of _____ _____
                                             day              month          year

Signature of Applicant: _____

*attachment #3*



# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

# Robert O'Connell

HAS COMPLETED ALL REQUIRED COURSEWORK AND TRAINING CURRICULUM FOR THE

# MASSACHUSETTS PISTOL LICENSE CLASS

required for a Commonwealth of Massachusetts Class A License to Carry

_____
Richard Scales, Instructor

March 19, 2014
DATE

NRA-181981414
INSTRUCTOR ID

Mass Firearms School
100 Kuniholm Drive ~ Holliston, MA 01746
(800) 308-6212     www.MassFirearmsSchool.com



# The Commonwealth of Massachusetts
# Department of State Police

MASSACHUSETTS STATE POLICE

## BASIC FIREARMS SAFETY CERTIFICATE

The following named individual has successfully completed a Basic Firearms Safety Course as prescribed by G.L. c. 140, § 131P and 515 CMR 3.00.

Robert O'Connell
(Name)

10/17/1943
(Date of Birth)

Richard Scales
(Instructor's Name)

MA Pistol License Course
(Certified Course Title)

LTC 020
(Course Certification Number)

BFS-003478
(Instructor's Certification Number)

X
(Valid for LTC)

(Valid for FID Only)

I hereby certify the person named in this certificate has successfully completed a Basic Firearms Safety Course as prescribed by G.L. c. 140, § 131P and 515 CMR 3.00.

Instructor's Signature [signature]

Mass Firearms School
Holliston, MA

Date Course Completed March 19, 2014

MFS CERTIFIED LIVE FIRE

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert O'Connell

**DEFENDANTS**
Mayor Marty Walsh
City of Boston

(b) County of Residence of First Listed Plaintiff: Suffolk
County of Residence of First Listed Defendant: Suffolk

FILED
2015 JAN 16 AM 11:27
US DISTRICT COURT
DISTRICT OF MASS.

(EXCEPT IN U.S. PLAINTIFF CASES)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | [X] 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
2nd Amendment US Constitution

Brief description of cause:
City places obstacles in the way of me exercising my 2nd amendment right

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 1/15/15
SIGNATURE OF ATTORNEY OF RECORD: Robert O'Connell

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2015 JAN 16 AM 11:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Title of case (name of first party on each side only) **Robert O'Connell vs Mayor Marty Walsh**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 410, 441, 470, 535, 830*, 891, 893, 894, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 110, 130, 140, 160, 190, 196, 230, 240, 290, 320, 362, 370, 371, 380, 430, 440, 442-446, 710, 720, 730, 740, 790, 820*, 840*, 850, 870, 871.

   ☒ III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 368, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 610, 620, 625, 630, 640, 650, 660, 690, 791, 810, 861-865, 875, 890, 892, 900, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Robert O'Connell**
ADDRESS **5 Fiske Ter Allston, MA 02134**
TELEPHONE NO. **617 202-7580**

(CategoryForm4-4-11.wpd - 4/4/11)

## Table of Contents

1. **Complaint**
2. **Attachment #1   City of Boston License to Carry Guidelines**

    http://bpdnews.com/

    click on     **your safety**

    click on     **LICENSE TO CARRY GUIDELINES**

3. **Attachment #2   State Gun Application**

http://www.mass.gov/eopss/docs/chsb/firearms/ltc-fid-app-20130310.pdf

4. **Attachment #3   Firearm Safety Certificates**
5. **Required Federal Forms**

FILED
IN CLERKS OFFICE
2015 JAN 16 PM 1:22
U.S. DISTRICT
DIST...