# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:15-cv-10096-DJC

O'Connell v. Walsh
Assigned to: Judge Denise J. Casper
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 01/16/2015
Date Terminated: 12/30/2015
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Robert . O'Connell**     represented by   Robert . O'Connell
5 Fiske Terrace
Allston, MA 02134
617-232-7580
PRO SE

V.

**Defendant**

**Marty Walsh**     represented by   Nicole I. Taub
*Mayor Of The City of Boston*
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
617-343-4550
Email: taubn.bpd@ci.boston.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2015 | 1 | COMPLAINT against Marty Walsh, filed by Robert. O'Connell. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(Castilla, Francis) (Entered: 01/16/2015) |
| 01/16/2015 | 2 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered. (Castilla, Francis) (Entered: 01/16/2015) |
| 01/16/2015 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Marianne B. Bowler. (Abaid, Kimberly) (Entered: 01/16/2015) |
| 01/16/2015 | 4 | Filing fee/payment: $ 400.00, receipt number 1BST047620 for 1 Complaint (Caruso, Stephanie) (Entered: 01/21/2015) |
| 01/21/2015 | 5 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Castilla, Francis) (Entered: 01/21/2015) |

| | | | |
|---|---|---|---|
| 03/04/2015 | 6 | WAIVER OF SERVICE Returned Executed by Robert. O'Connell. Marty Walsh waiver sent on 2/23/2015, answer due 4/24/2015. (Maynard, Timothy) (Entered: 03/04/2015) | |
| 04/22/2015 | 7 | NOTICE of Appearance by Nicole I. Taub on behalf of Marty Walsh (Taub, Nicole) (Entered: 04/22/2015) | |
| 04/22/2015 | 8 | First MOTION for Extension of Time to May 15, 2015 to File Answer *or Responsive Pleading* by Marty Walsh.(Taub, Nicole) (Entered: 04/22/2015) | |
| 04/24/2015 | 9 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 8 Motion for Extension of Time to Answer re 1 Complaint Marty Walsh answer due 5/15/2015. (Hourihan, Lisa) (Entered: 04/24/2015) | |
| 04/29/2015 | 10 | Letter/request (non-motion) giving assent to Motion, D. 8 from Robert O'Connell. (Maynard, Timothy) (Entered: 04/29/2015) | |
| 05/15/2015 | 11 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Marty Walsh. (Taub, Nicole) (Entered: 05/15/2015) | |
| 05/15/2015 | 12 | MEMORANDUM in Support re 11 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Marty Walsh. (Taub, Nicole) (Entered: 05/15/2015) | |
| 05/29/2015 | 13 | Opposition re 11 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Robert. O'Connell. (Maynard, Timothy) (Entered: 05/29/2015) | |
| 07/23/2015 | 14 | ELECTRONIC NOTICE Setting Hearing on Motion 11 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM : Motion Hearing set for 10/1/2015 02:00 PM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 07/23/2015) | |
| 10/01/2015 | 15 | ELECTRONIC Clerk's Notes for proceedings held before Judge Denise J. Casper: Motion Hearing held on 10/1/2015 re 11 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Marty Walsh. Arguments. Court takes under advisement 11 Motion to Dismiss for Failure to State a Claim; (Court Reporter: Debra Joyce at joycedebra@gmail.com.)(Attorneys present: Robert O'Connell pro se. Nicole Taub for the defendant.) (Hourihan, Lisa) (Entered: 10/01/2015) | |
| 12/30/2015 | 16 | Judge Denise J. Casper: ORDER entered. MEMORANDUM AND ORDER - The Court ALLOWS Walsh's motion to dismiss without prejudice. D. 11. (Hourihan, Lisa) (Entered: 12/30/2015) | |
| 12/30/2015 | 17 | Judge Denise J. Casper: ORDER entered. ORDER DISMISSING CASE(Hourihan, Lisa) (Entered: 12/30/2015) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2019 15:28:06 | | | |
| **PACER Login:** | cb03841234:2520178:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-10096-DJC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |